Commonwealth, Petitioner, *v.* Hainds.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Allen Ertel,* District Attorney, petitioner.

No appearance was entered nor answer filed by respondent.

OPINION PER CURIAM, December 12, 1969:

The order entered in the court below is vacated and the record is remanded with directions to the court below to conduct a hearing and to dispose of the issue presented, in accordance with the principles enumerated in *Lewis v. Lebanon Court of Common Pleas,* 436 Pa. 296, 260 A. 2d 184 (1969).